UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   MELISSA MARSHALL TENNEY                   CASE NO. 19-11385
   2004 STONEYCREEK DR APT F                 JUDGE BENJAMIN A. KAHN
   HIGH POINT, NC  27265

       DEBTOR

SSN(1) XXX-XX-6439                              DATE: 08/18/2020

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ACCEPTANCE NOW<br>5501 HEADQUARTERS DR<br>PLANO, TX  75024 | $0.00<br>INT: .00%<br>NAME ID: 150412<br>CLAIM #: 0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AEROFLOW HEALTHCARE<br>3165 SWEETEN CREEK RD<br>ASHEVILLE, NC  28803-2115 | $0.00<br>INT: .00%<br>NAME ID: 133070<br>CLAIM #: 0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BANK OF AMERICA NA<br>P O BOX 982284<br>EL PASO, TX  79998-2238 | $0.00<br>INT: .00%<br>NAME ID: 157440<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BB&T NOW TRUIST<br>BANKRUTPCY SECTION<br>100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $872.04<br>INT: .00%<br>NAME ID: 182840<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 1763<br>COMMENT: |
| CAROLINA VEIN<br>1130 NEW GARDEN RD<br>GREENSBORO, NC  27410 | $0.00<br>INT: .00%<br>NAME ID: 140650<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CENTRAL CAROLINA OBGYN<br>3200 NORTHLINE AVE STE 130<br>GREENSBORO, NC  27408 | $0.00<br>INT: .00%<br>NAME ID: 140150<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CHARTER COMMUNICATIONS<br>1670 HENDERSONVILLE RD<br>ASHEVILLE, NC  28803 | $0.00<br>INT: .00%<br>NAME ID: 167411<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: CCTS<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CORNERSTONE HEALTH CARE<br>1701 WESTCHESTER DR STE 850<br>HIGH POINT, NC  27262 | $0.00<br>INT: .00%<br>NAME ID: 111838<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: CCTS<br>COMMENT: |
| DENNIS TENNEY<br>124 JENNINGS RD<br>NORTH WILKESBORO, NC  28659 | $0.00<br>INT: .00%<br>NAME ID: 180595<br>CLAIM #: 0029 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DUKE ENERGY CAROLINAS<br>550 S TRYON ST<br>CHARLOTTE, NC  28202 | $0.00<br>INT: .00%<br>NAME ID: 154878<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST PREMIER BANK<br>3820 N LOUISE AVENUE<br>SIOUX FALLS, SD  57107-0145 | $0.00<br>INT: .00%<br>NAME ID: 70362<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GATE CITY ANIMAL HOSPITAL<br>202 PISGAH CHURCH RD<br>GREENSBORO, NC  27455 | $0.00<br>INT: .00%<br>NAME ID: 180565<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GLOBAL LENDING SERVICES LLC<br>P O BOX 935538<br>ATLANTA, GA  31193 | $16,046.37<br>INT: 6.75%<br>NAME ID: 168740<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 3395<br>COMMENT: 19MITS |
| GUILFORD COUNTY EMS<br>1002 MEADOWOOD ST<br>GREENSBORO, NC  27409 | $0.00<br>INT: .00%<br>NAME ID: 114367<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| HOME SHOPPING NETWORK<br>1 HSN DR<br>ST PETERSBURG, FL  33729 | $0.00<br>INT: .00%<br>NAME ID: 35838<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 6439<br>COMMENT: |
| JAMESTOWN VETERINARY CLINIC<br>703 W MAIN ST<br>JAMESTOWN, NC  27282 | $0.00<br>INT: .00%<br>NAME ID: 180566<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $187.71<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 4364<br>COMMENT: QVC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $164.77<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0031 | | (U) UNSECURED<br><br>ACCT: 7857<br>COMMENT:  QVC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $536.12<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | | (P) PRIORITY<br><br>ACCT: 6439<br>COMMENT:  OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $59.48<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0030 | | (U) UNSECURED<br><br>ACCT: 6439<br>COMMENT: |
| PIEDMONT ASSOCIATES<br>121 S MAIN ST<br>KERNERSVILLE, NC  27284 | $0.00<br>INT:  .00%<br>NAME ID: 180567<br>CLAIM #:  0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PRESTIGE FINANCIAL SERVICES<br>BANKRUPTCY DEPT<br>P O BOX 26707<br>SALT LAKE CITY, UT  84126 | $27,945.66<br>INT:  .00%<br>NAME ID: 158229<br>CLAIM #:  0021 | | (U) UNSECURED<br><br>ACCT: 4367<br>COMMENT:  COD |
| REGIONAL PHYSICIANS LLC<br>1720 WESTCHESTER DR<br>HIGH POINT, NC  27262-4296 | $0.00<br>INT:  .00%<br>NAME ID: 125926<br>CLAIM #:  0023 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| RIBANDO & BLUE DDS<br>1115 W FRIENDLY AVE<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 180568<br>CLAIM #:  0024 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SUNTRUST BANK<br>ATTN OFFICER<br>303 PEACHTREE ST NE<br>ATLANTA, GA  30308 | $0.00<br>INT:  .00%<br>NAME ID: 172965<br>CLAIM #:  0025 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TARGET VISA/TD BANK USA<br>3901 W 53RD ST<br>SIOUX FALLS, SD  57106 | $0.00<br>INT:  .00%<br>NAME ID: 157628<br>CLAIM #:  0026 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WAKE FOREST BAPTIST HEALTH<br>MEDICAL CENTER BLVD<br>WINSTON SALEM, NC  27157 | $2,248.83<br>INT:  .00%<br>NAME ID: 152268<br>CLAIM #:  0027 | | (U) UNSECURED<br><br>ACCT: 6439<br>COMMENT: |
| WELLS FARGO BANK NA<br>ATTN BANKRUPTCY DEPARTMENT<br>MAC D3347-014<br>3476 STATEVIEW BLVD<br>FORT MILL, SC  29715 | $0.00<br>INT:  .00%<br>NAME ID: 157725<br>CLAIM #:  0028 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$48,060.98** | | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $3,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  08/18/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice